UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESLEY AND VANHDAO FLOWERS, ) ) ) Appellant, ) ) v. ) ) CITY OF FRESNO, et al., ) ) ) Defendant ) _____) | 1:04-cv-6692 OWW LJO ORDER DISMISSING ACTION WITH PREJUDICE |

On July 19, 2005, this Court issued a Memorandum Opinion which dismissed this action but granted plaintiff leave to file an amended complaint within 20 days;

On August 15, 2005, the plaintiffs filed a request for an additional two weeks to file the amended complaint and stated that counsel had been retained;

As of this date no such amended complaint has been filed and no appearance of counsel has been filed in the matter;

IT IS THEREFORE ORDERED that this action is dismissed without

1

1 | prejudice.

2 | Dated: September 28, 2005              /s/ OLIVER W. WANGER
                                           _____
3 |                                        OLIVER W. WANGER
                                           United States District Judge

2