```
                                             FILED
                                        JUDGMENT ENTERED

                                    _____Sept. 29, 2005__
                                              Date
                                 by _____G. Lucas_____
                                              Deputy Clerk
                                       U.S. District Court
                                    Eastern District of California
                                   __XX___  FILE CLOSED
```

*UNITED STATES DISTRICT COURT*

*EASTERN DISTRICT OF CALIFORNIA*

```
WESLEY AND VANHDAO FLOWERS,

        Plaintiff,
                                        JUDGMENT IN A CIVIL ACTION
vs.
                                        CV-F-04-6692 OWW/LJO

CITY OF FRESNO, et al.,

        Defendant.
_____/
```

        DECISION BY COURT:  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

        IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed without prejudice.

DATED:  September 29, 2005

                                        JACK L. WAGNER, Clerk


                                   By:  /s/ GREG LUCAS
                                        Deputy Clerk

jgm.civ
2/1/95